FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/19/2017 3:01:45 PM

DEBRA SPISAK
Clerk

# EXHIBIT A

CASE NO. 02-17-00250-CV


RICHARD CHALKER,                                                    APPELLANT

V.


NATIONSTAR MORTGAGE, LLC,                                           APPELLEE


---

FROM THE 393RD JUDICIAL DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-04402-393

---

### RULE 11 AGREEMENT
### REGARDING APPELLEE NATIONSTAR MORTGAGE, LLC'S
### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

APPELLEE NATIONSTAR MORTGAGE LLC ("Nationstar"), by and through its attorney of record, and APPELLANT RICHARD CHALKER ("Mr. Chalker"), by and through his attorney of record, (collectively, "the Parties") enter this Rule 11 agreement to memorialize their agreement incident to the lawsuit, self-styled as above. The Parties agree to the following:

1.  The Parties acknowledge that this is a binding Rule 11 agreement under the provisions of Rule 11 of the Texas Rules of Civil Procedure.

2.  Appellant Chalker agrees to Appellee Nationstar's request for a thirty (30) day extension of Nationstar's current due date of January 8, 2018 for filing its appellee brief in the above-captioned action.

3.  The Parties agree and acknowledge that Appellee needs additional time to include thirty (30) days beyond January 8, 2018 to February 7, 2018, to evaluate and consider Appellant's pending settlement proposals for a possible resolution of this appeal. Therefore, Appellant Chalker does not oppose Nationstar's motion for thirty (30) day extension of Nationstar's due date for filing its brief to February 7, 2018.

4. The Parties further agree that except as expressly stated herein, this Rule 11 agreement does not place limitation on the claims, defenses, actions, positions or legal rights of the parties in litigating the appeal, and the Parties agree that efforts to resolve this matter, including but not limited to settlement discussions, meetings, and negotiations, shall continue unabated.

Date: December 18, 2017

Respectfully submitted,

_/s/ Elizabeth Chandler_
Elizabeth Chandler, SBN: 24097484
echandler@mcguirewoods.com
**McGuirewoods LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

**ATTORNEY FOR APPELLEE NATIONSTAR MORTGAGE LLC**

/s/
Mark Lieberman, SBN: 12332520
Mjc358@hotmail.com
**Law Office of Mark Lieberman**
1704 Pine Hills Rd.
Corinth, Texas 76219
Telephone: 817.305.3772
Facsimile: 469.385.8823

**ATTORNEY FOR APPELLANT**